JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHANG KUEN MUN,<br>Plaintiff, | CV 19-2470 DSF (AFMx) |
| v. | JUDGMENT |
| R.J. ANNABELLE, et al.,<br>Defendants. | |
| And Related Claims. | |

The Court having granted a motion for summary judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: July 22, 2020

Dale S. Fischer
United States District Judge